Name: Phillip Pemberton
Address: Leavenworth County Jail, 601 South Third Street, Leavenworth, KS 66048

FILED
JUN 28 2021
Clerk, U.S. District Court
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Phillip Pemberton, Plaintiff
(Full Name)

V.

Leavenworth County Jail Nurse and Staff, Defendant(s)

CASE NO. 21-3152-SAC
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) Phillip Pemberton (Plaintiff), is a citizen of Kansas (State) who presently resides at Leavenworth County Jail 601 S. 3rd St. Leavenworth, KS 66048 (Mailing address or place of confinement.)

2) Defendant Melissa ~~Leavenworth County Jail~~ (Name of first defendant) is a citizen of Leavenworth, Kansas (City, State), and is employed as head Nurse ~~~~ of medical staff LVCO Jail (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☑ No ☐. If your answer is "Yes", briefly explain:

~~S~~he is the nurse in charge of all medical at Leavenworth County jail. I believe this to be correct.

3) Defendant Leavenworth County Jail of Leavenworth county KS, and is funded by the State of Kansas. Which I believe makes this defendant as acting under the Color of State law.

4.) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C §1983 (more on back of this pg)

## B) Nature of the Case

1) background of the Case: Nurse Melissa (as told to call her when ask for her last name) is head nurse of LVCO jail. Melissa refuses to treat or punishes when Inmates ask for help. She takes our money and misdiagnoses mental health while completely disregarding Medical Doctor's orders.

## C) Cause of Action

1.) I allege that the following of my constitutional rights, privileges or immunities have been violated and the following facts form the basis for my allegations

A) (1) Count 1: Refusal and Ineffective medical treatment to Inmate in custody.

(2) supporting facts: Nurse states she will take money and not treat on several occasions. Refuses Doctors orders and does not follow up with meds when prescribed by M.D. See attached pages.

B (1) Count 2: Medical malpractice

(2) supporting facts: Nurse Melissa calls me down for mental and diagnoses me as a "Junkie looking for drugs". I've been prescribed mental health meds for close to 10 years and never has a mental health professional spoke to me this way but have diagnosed me with many mental illness mostly caused by traumatic events in my past, with this nurse and her actions causing further complications. See attached pages.

CIVIL RIGHTS COMPLAINT §1983

2

3.) Defendant <u>Lt. Thorne</u> is a citizen of Leavenworth County Kansas, and is employed as Jail comander at the time the claims alleged in this complaint arose was this defendant acting under color of state law? ☒ yes he was being employed by State to run Leavenworth County Jail.

Defendant

This case started when I first came to this jail couple years ago (Leavenworth County) and the head nurse (Melissa) denied my mental health. I have mental illness and prescribed medications especially in stressful conditions. I signed R.O.I and this is when Melissa got mad and when she called me down to talk about my mental health she said to me "Your just a junkie looking for drugs." She reaffirmed this opinion she has of me just the last time I asked for mental health hoping they had a mental health professional staffed now. She just sent me back to my room feeling worse with a misdiagnosis. (To reaffirm my thoughts I just heard on KMBC 9 NEWS how 90% of all suicide is due directly to mental health.) With the way she talks to me and pretends to be a mental health professional and diagnoss me as a junkie made me feel sick. Maybe, she is right? Or, maybe there's other reasons and I can't even get another opinion. As I'm still bothered by this diagnosis. Because I have been on meds for years prescribed ~~I also want to inform courts of 2 other in~~ by actual doctors and mental health professionals for pschyzophrenia, paranoia, anxiety, depression, bipolar, manic and others I am having trouble remembering my words at this time which happens quit often with my severe Traumatic Brain Injury (T.B.I.) I suffered that left me incapacetated and on life support for a whole week as I

had fractured every bone in my face as a passenger in an auto accident. To describe a little just imagine breaking your eye sockets, nose, cheeks, upper and lower jawbone where the trauma surgeons must remove teeth and pieces of your jawbone from your throat and tell me it's not a miracle your still alive. I thank God every day for waking me up that Christmas Day. Dec. 25 the doctors woke me up from that endless slumber. (The reason for that description is so you know why I can not fight or get hit in the face or head areas.) Which brings me to the next incident with Melissa. It was last Sept. or Oct. of 2020. I was severly beat by a violent inmate who soaked the cell floor coersed me in, and caught me off guard as he pushed me, grabbed my head and ran his knee into my face repeatedly at least 30 times before letting up. I thought he was trying to kill me as he is a known violent criminal and don't know why I was housed with him. Having only misdemeanor driving charges I feel I should be in minimum custody. Long story short, I lost a tooth and Melissa and jail staff left me over night having seizures on medical floor. No one ever came until breakfast when Chavez the guard stated get up or don't eat if I can't get my food. So when I got up I fell out again as he repeated "You don't eat, if you don't make it to door to get your tray." There is pictures from the officers. But when Melissa had x-rays taken I told her them places didn't hurt as much and I needed x-rays in other places she refused to take the x-ray's even though I made it well known I was not supposed to get hit in face and wanted go to hospital. They were more worried about their profits than health or well being of the inmates. I'm still having trouble from that fight that I feel could have been avoided with proper medical attention. So, after fight I get released on O.R. bond and miss court due to other matters out of my control. But with the warrant I get picked up at hospital where the doctor prescribed me medicine that is allowed in this jail. (This is back in April of this year.) Nurse Melissa denies me the medicine I went to the doctor the same day to get. Melissa states (I refused the medicine.) Not at all the case. As she has previously stated to me she will just take my money and not treat me. Now I am afraid I will be having worse trouble from not having that medicine. I was very sick the first 6 or 8 weeks in here and afraid to ask Melissa for help. She charged me 16 or so dollars just to tell me I refused the medicine. I was running a fever and flu like symptoms I have grievances and asked for other medical with no help. I reported these health issues with officers who kept telling me they have nothing to do with medical she is her own entity inside jail. She even gets her own grievances as she has stated acting as if she is untouchable.

1) I have previously sought informal or formal relief from the appropriate administrative officials I have complaints on in Part C. I have put in many many grievances trying to get someone in charge of the Leavenworth County Jail to hear me and try to rectify some of these civil violations that have been going on for so long at this facility most of these inmates don't even have a clue that they still have rights as inmates. Me just touching on a few of these issues I feel has got me punished and placed in segregation to discourage me from persuing legal action to figure out why I'm being treated as an animal that doesn't have emotion or feel pain as I'm surrounded by everything to discomfort me. They even took away my half decent bed mat to replace it with this one with holes and almost no bedding material left inside of it as I'm laying on virtually nothing but the concrete floor because it's softer than the steel bed frame even though I still can barely move from the pains of sleeping on concrete everyday.

2) Request for Relief

1) I believe I am entitled to chair a commission for people with a compasionate Intention to facilitate a collective coherence for safety and trust in justice for all. For this I'll need funded as well as proper atty. and guidance. I want to be able to support a team of only a few people to interact with Inmates in county jails to figure out how to ensure everyone is safe and properly taken care of or find out how to fix the problem before it gets as bad as it has here in Leavenworth County. This will take time but a proper trust of 5 million to get figures rolling. I will also be seeking damages of 3 million for myself and I have no legal experience I want an attorney to help fight I will be asking he recieves the sum of one million for his troubles.

*[signature]*
Signature of Plaintiff

C) (1) Count III: _____

_____

_____

_____

(2) Supporting Facts: _____

_____

_____

_____

_____

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☒ No ☐ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:
      Plaintiffs: ~~State of Kansas~~ Lajuan Lowery, et. al.,
      Defendants: State of Kansas et al,
   b) Name of court and docket number United States District Court Case No. 21-3107-SAC
   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ~~Pending and not relevant to this.~~ Dismissed June 9, 2021
   d) Issues raised Judicial misconduct filed April 2021 but nothing relevant to allegations relevant in this complaint.

(c) (1) Count III: Hindering Inmates right to due process by limiting communication to almost zero. Withholding all legal work from Inmate for 4 days and now going on 2 weeks still havent recieved everything and what I did recieve was in shambles completely a mess. Limited to 2 requests a day and still denied Indigent supplies of envelopes, postcards, Soap. this mostly started 2 days after I inform Lt. Thorne I would be seeking monetary damages for civil rights violations.

(2) Supporting facts: I had been waiting over 30 days to meet with Lt. Thorne the jail comander. Finally June 10th he meets with me and nothing gets resolved so I inform him I will be seeking damages due to civil rights violations while in his custody. He didn't like this ending the meeting and sending me to my cell. June 12th I'm forced to defend myself I only moved attacker out of my way so I could push Intercom button to ask guards for help and I'm placed in Segregation. the Guards take all my legal work for just under 96 hours. After almost 2 weeks I'm still waiting on the other 2 big yellow envelopes, stating legal mail my address and phone numbers to law firms I had wrote on various pieces of paper. And as you can tell they never returned the rest of my Civil Rights Complaint §1983 I had been working on. They have also limited me to 2 request forms per day since moved to new kiosk system, It's been 21 days now and request forms have been passed out maybe 8 or 9 of those days. I have them all marked down (the days) on the back of a grievance I sent in 3 complaining to sargeant, comander and Sheriff stating I can't get writing supplies, envelopes, soap and they are hindering my communication with anyone to almost zero. I had to give up my whole breakfast just for this envelope to mail this 1983 to the courts. On top of that there is not even a law library at this facility for almost a month now due to jail switching over kiosk systems. I am in dire need of legal counsel and am enclosing financial records as well as a motion to appoint counsel. for I will be fighting on behalf of others as I know these violations have happened before and no one has ensured that it wont happen again. So, what's Important here is to find a way to ensure everyone is safe and no one is interferring with the rights granted to us by our fore fathers to ensure justice for all, that is why I will be requesting a trust fund set up to organize a commission for people with a compassionate Intention to facilitate a collective coherence for safety and trust in justice for all all aspects of life.

e) Approximate date of filing lawsuit  ~~May~~ April 2021

f) Approximate date of disposition  June 9, 2021

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☑ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

I filed Grievance with medical to She can tell me I Can't write Grievance on medical She gets her own grievance I've sent many numbers of Grievances to Jail Comander and Sheriff nothing happening. I've talked to my appointed lawyer and nothing. I have wrote Courts and Informed everyone involved I would be seeking monetary Damages.

2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

I am asking for monetary relief of 5 million dollars and Atty that will work for me Pro bono as I am disabled. I need and am denied Mental health from Traumatic Brain Injuries from Car wreck leaving me on life support for a week. I have cognitive and memory issues which is reason that I write everything down keep good notes and never throw anything away.

_____     _____
Signature of Attorney (if any)     Signature of Plaintiff

_____
(Attorney's full address and telephone number)

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983                5